IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**MAGGIE M. AND CLARENCE WARD, JR.**
**PLAINTIFF**

**VERSUS**  **CIVIL ACTION NO. 1:10-CV-00585-HSO-JMR**

**CSX RAILROAD AND**
**ENGINEER JAMES MCKNIGHT**  **DEFENDANTS**

## AGREED FINAL JUDGMENT OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE having come on to be heard on a Motion *ore tenus* of the parties to dismiss the above styled and numbered cause without prejudice as to all Defendants, the same having been compromised and settled, and the Court, being fully advised, finds that the motion is well taken and should be granted.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that, the above-styled and numbered cause be, and is hereby, dismissed without prejudice as to all Defendants, with the parties to bear their own costs.

**SO ORDERED AND ADJUDGED**, this the 26th day of May, 2011.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE

/s/Patrick R. Buchanan
PATRICK R. BUCHANAN
Attorney for Defendants


/s/S. Robert Hammond, Jr.
S. ROBERT HAMMOND, JR.
Attorney for Plaintiffs

Prepared by:
PATRICK R. BUCHANAN(MSB# 8439)
BROWN BUCHANAN P.A.
796 VIEUX MARCHE, SUITE 1
POST OFFICE BOX 1377
BILOXI, MS 39533-1377
TELEPHONE: (228) 374-2999
FACSIMILE: (228) 435-7090
mailb@brownbuchanan.com